**UNITED STATES of America, Appellee,**

v.

**Alvin DAVIS, also known as A.D., Appellant.**

**No. 00–2796.**

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 24, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

**PER CURIAM.**

Alvin Davis pleaded guilty to conspiring to distribute cocaine base, in violation of 21 U.S.C. § 846, and was sentenced to the statutory minimum of 240 months imprisonment and 10 years supervised release. Having given full consideration to his arguments on appeal, we affirm the judgment of the district court.[1] *See* 8th Cir. R. 47B.

---

1. The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.